AO 442 (Rev. 03/2005-EDVA) Warrant for Arrest                                    179046

# United States District Court
## EASTERN DISTRICT OF VIRGINIA

**FILED**            WARRANT FOR ARREST

APR 2 8 2008

UNITED STATES OF AMERICA    NANCY MAYER WHITTINGTON, CLERK    0 8 - 2 8 8 - M  0 1
v.                          U.S. DISTRICT COURT

Ronald Leon Edwards                              CASE NUMBER : P2013781-82

To: The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **Ronald Leon Edwards** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

__ Indictment __ Information __ Complaint __ Order of Court __ Violation Notice _X_ Probation Violation Petition

charging him or her with (brief description of offense):

Violation of - See Attached Petition

In Violation of Title 18 United States Code, Section(s) 3565

[stamp: RECEIVED 2005 JUL 13 A 11:30 USM ALEXANDRIA VA U.S. MARSHALS]

Amy Giannetti-Gillespie                          Deputy Clerk
Name of Issuing Officer                          Title of Issuing Officer

[signature]                                      7/13/2005
Signature of Issuing Officer                     401 Courthouse Square Alexandria, VA 22314
                                                 Date and Location

Bail fixed at $ No recommendation        by      T R Jones, Jr.
                                                 U.S. Magistrate Judge

| Date Received  7-13-2005 | Name and Title of Arresting Officer  Per recording officer  DUSM D.L Tolliver | Signature of Arresting Officer  [signature] |
|---|---|---|
| Date of Arrest  4-28-2008 | | |

UNITED STATES DISTRICT COURT
for
EASTERN DISTRICT OF VIRGINIA



FILED APR 28 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. Ronald Leon Edwards           Docket No. CITP2013782-001

Petition on Probation

08-288-M 01

COMES NOW Elizabeth T. Louison PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Ronald Leon Edwards, who was placed on supervision by the Honorable Thomas Rawles Jones, Jr. sitting in the Court at Alexandria, Virginia, on the 21st day of July, 2004, who fixed the period of supervision at 2 years, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall serve 2 days jail as directed by the probation office.
2. The defendant shall enter and successfully complete an alcohol education program.
3. The defendant shall undergo substance abuse testing and/or treatment, as directed.
4. The defendant shall not violate any local, state, or federal traffic laws.
5. The defendant shall pay the special assessments.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
See Attachment(s)

PRAYING THAT THE COURT WILL ORDER a warrant to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

ORDER OF COURT

Considered and ordered this 8th day of July, 2005 and ordered filed and made a part of the records in the above case.

_____
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7-6-05

_____
Elizabeth T. Louison
Senior U.S. Probation Officer

Place Alexandria, Virginia

TO CLERK'S OFFICE

Petition on Probation
Page 2
RE: EDWARDS, Ronald Leon

OFFENSE: Refusal (P2013782), in violation of Title 32, Code of Federal Regulation, Title 234.17(c)(ii) and Driving While Revoked (P2013781) in violation of Title 32, Code of Federal Regulations, Title 234.17, assimilating Code of Virginia, Section 46.2-301

SENTENCE: 2 years supervised probation with the condition that the defendant serve 2 days in jail at the direction of the probation officer; enter an alcohol treatment program; undergo substance abuse testing and/or treatment; not violate any traffic laws; and pay $20 in special assessment fees.

ADJUSTMENT TO SUPERVISION: Poor. The defendant has been supervised in the District of Columbia throughout this probation period due to his residence in that jurisdiction.

On October 4, 2004, the Court was notified that the defendant tested positive for cocaine on August 25, 2004, and the Court concurred with the recommendation for no action.

On November 12, 2004 the Court issued a warrant for the defendant, based on a petition alleging that the defendant had failed to appear as directed to serve the 2 days in jail. A hearing was held on January 19, 2005, before the Honorable Barry R. Poretz, United States Magistrate Judge, and the defendant admitted to the violation of probation. He was found in violation, and the Court deferred imposition of any sanction.

VIOLATIONS: The following violations are submitted for the Court's consideration.

SPECIAL CONDITION #1:    "The defendant shall undergo substance abuse testing and/or treatment as directed."

The defendant failed to appear for drug testing and treatment as directed on May 3, 6, 10, 13, and 17, 2005.

STANDARD CONDITION #3:    "The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month."

The defendant failed to attend a scheduled appointment with the probation officer on May 9, 2005. The defendant failed to submit a monthly report for the months of April and May 2005.

ETL/lmb